UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOMELIFE IN THE GARDENS, LLC ET AL. | CIVIL ACTION |
| VERSUS | No. 16-15549 |
| LEIGH LANDRY | SECTION I |

### ORDER

The original deadline for the parties in this case to submit their bench books to the Court was February 12, 2018, at 5:00 pm. After both parties failed to submit their bench books to the Court by that deadline, the Court ordered the parties to submit their bench books by February 15, 2018, at 9:00 am.

Leigh Landry never submitted her bench book to the Court. Accordingly,

**IT IS ORDERED** that Leigh Landry has waived her ability to offer documentary evidence at trial.

New Orleans, Louisiana, February 15, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE